```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| BAKAI MARAT-UULU,<br><br>                    Petitioner,<br><br>     -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 17 CR 350 (LAP)<br>20 CV 575 (LAP)<br><br>ORDER |

Loretta A. Preska, Senior United States District Judge:

On March 30, 2022, the Court denied in part Petitioner's motion pursuant to 28 U.S.C. § 2255 to vacate his convictions based on allegedly ineffective assistance rendered at his plea. (Dkt. no. 10 at 4-6.)[1] As to Petitioner's claim that he received ineffective assistance after sentencing, the Court reserved decision and instructed his counsel, Mr. Jeremy M. Iandolo, to submit a supplemental affidavit. (Id. at 6-7.)  On May 18, 2022, after receiving the supplemental affidavit, the Court denied Petitioner's motion based on allegedly ineffective assistance after sentencing. (Dkt. no. 12.)

It is the Court's understanding that Petitioner has submitted a notice of appeal and a request for a certificate of

---

[1] Unless otherwise stated, docket numbers refer to 20-cv-575.

1

appealability.  The Court concludes that no certificate of appealability shall issue as to dkt. nos. 10 and 12 because Petitioner has not "made a substantial showing of the denial of a constitutional right" 28 U.S.C. § 2253(c)(2).

The Clerk of the Court shall mail a copy of this order to Petitioner.

**SO ORDERED.**

Dated:    New York, New York
          July 21, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge