UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Bakai Marat-Uulu,

                Plaintiff(s),

    -against-

United States of America,

                Defendant(s).
-----------------------------------x

20 Civ. 575 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff and Counsel shall confer and inform Judge Preska by letter no later than August 19, 2024 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: 8/5/24
New York, New York