UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAKAI MARAT-UULU,

          Plaintiff,

-against-

UNITED STATES OF AMERICA,

          Defendants.

20-CV-00575 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court is respectfully directed to close 20-CV-00575.

**SO ORDERED.**

Dated:    New York, New York
           April 8, 2025

                        *Loretta A. Preska*
                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge